IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONDELL L. WEBB,

     Petitioner,                   No. CIV S-05-0291 DFL GGH P

  vs.

C. K. PLILER, et al.,

     Respondent.            ORDER

_____/

        Petitioner has requested an extension of time to file and serve an opposition to the defendants' April 6, 2006 motion to dismiss. Petitioner requests an indefinite extension of time due to having recently undergone foot surgery and having been prescribed certain medications for the next few weeks which make him "drowzy and unfocused." Petitioner asks for an extension of time until his stitches have been removed and he has been cleared from medication; however, petitioner does not state when that is due to occur. Petitioner states that the doctor has recommended three to four weeks of non-activity.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner's May 8, 2006 request for an extension of time is granted, but not for an indefinite period of time;

\\\\\

2. Petitioner is granted sixty (60) days from the date of this order in which to file and serve an opposition to the defendants' April 6, 2006 motion to dismiss.

DATED: 5/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
webb0291.111