1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RONDELL L. WEBB,

11                    Petitioner,                  No. CIV 05-0291 DFL GGH P

12        vs.

13

14    SCOTT KERNAN, Warden,[1]             ORDER

15                    Respondent.

16    _____/

17             Petitioner, a state prisoner proceeding pro se, has filed a petition pursuant to 28

18    U.S.C. § 2254.  Pending before the court is respondent's motion to dismiss, filed on April 6,

19    2006, to which petitioner has filed an opposition.  By Order, filed on March 17, 2006, the district

20    judge vacated respondent's earlier motion to dismiss and the January 24, 2006, Findings and

21    Recommendations of the undersigned, recommending denial of the prior motion, because, in

22    objections, respondent belatedly raised new arguments, seeking to rectify a failure to initially

23    raise the applicable authority as to one ground, and also raised new grounds, prejudicing the

24    _____

25          [1] Petitioner has informed the court that C. K. Pliler is no longer the warden of California
       State Prison - Sacramento (CSP-Sac).  Therefore, Scott Kernan, apparently the current warden, is
26    now substituted in as respondent in this matter.  Fed. R. Civ. P. 25(d).

                                          1

1  petitioner and unfairly burdening the court.  The order also made clear that it was a concern of

2  the court, on the other hand, that a determination of whether the action should be dismissed or

3  not should not be predicated "on the basis of a motion in which each ground has not been

4  appropriately raised."

5          In moving to dismiss the amended petition, respondent raises the following

6  grounds: 1) that the original petition was untimely because it was filed beyond the one-year

7  AEDPA statute of limitations; 2) that petitioner failed to exhaust state court remedies as to

8  certain of his claims; 3) that petitioner has received all the due process to which he was entitled;

9  4) Claims one and three are state law claims and Claim two is wholly without merit.  Motion to

10  Dismiss, p. 1.

11          Since this motion was submitted, petitioner filed a notice and a request to further

12  amend the petition, on December 1, 2006, wherein he represents that he has now exhausted all of

13  his claims, noting that his application to the state supreme court in relation to these claims

14  included citations to cases that signify his claims were denied as raised untimely in the state

15  court.

16          Because petitioner has now evidently exhausted the claims that were at issue at

17  the time the present motion to dismiss was pending, the court will now vacate the current motion

18  in the interest of allowing respondent to raise all of the applicable grounds as the basis for a

19  dismissal motion and to afford respondent the opportunity to respond to the appropriate grounds.

20          Accordingly, IT IS ORDERED that:

21          1.  The motion to dismiss, filed on April 6, 2006, is VACATED;

22          2.  Petitioner shall file a final amended petition within thirty days of the filed date

23  of this order; respondent is granted thirty days from the service of the petition to file a motion to

24  dismiss raising all appropriate grounds for dismissal;

25          3.  Petitioner will have thirty days to file his opposition upon service of the

26  motion; respondent will have seven days thereafter to file any reply.

1          4.  The Clerk of the Court is directed to substitute the name of Scott Kernan,

2    Warden, as respondent in this court's case docket.

3     DATED:  3/13/07

4                                                                    /s/ Gregory G. Hollows

5                                                                    _____
                                                                    GREGORY G. HOLLOWS
                                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8     GGH:009
      webb291.vac

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3