IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONDELL L. WEBB,

    Petitioner,        No. CIV S-05-0291 RRB GGH P

    vs.

SCOTT KERNAN, et al.,

    Respondents.        ORDER TO SHOW CAUSE

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 20, 2007, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's June 20, 2007, motion to dismiss should not be granted.

DATED: 8/27/07

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

GGH:035 - webb0291.46